

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6503
FAX: (702) 388-6418
Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | SEALED CRIMINAL INDICTMENT |
| PLAINTIFF, | 2:17-CR-49-JCM-PAL |
| vs. | VIOLATIONS: |
| GEORGE ASHBROOK, | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm. |
| DEFENDANT. | |

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE
Felon in Possession of a Firearm

On or about October 16, 2016, in the State and Federal District of Nevada,

**GEORGE ASHBROOK,**

defendant herein, having been convicted of crimes punishable by imprisonment for a term exceeding one year, in the State of Arizona, to wit:  Unlawful Imprisonment, on or about May 13, 1986, in Case No. CR-17179, Superior Court of Arizona, and Aggravated Assault, on or about March 2, 1988, in Case No CR-21746, Superior Court of Arizona, did knowingly

1

possesses firearms, to wit: (1) Black Beretta 21A bearing serial number DAA053907, (2) Black Taurus PT22 bearing serial number ARA77230 and (3) Black Rosco Vestpocket revolver bearing serial number 75564 said possession being in and affecting interstate commerce and said firearms having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: this 14th day of February, 2017.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

ALEXANDRA MICHAEL
Assistant United States Attorney