_____ FILED         _____ RECEIVED
_____ ENTERED       _____ SERVED ON
               COUNSEL/PARTIES OF RECORD

FEB 14

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE PARTIAL REPORTS OF THE SPECIAL GRAND JURY THE **May 05, 2016** TERM. **16-1** | **MINUTES OF COURT**<br>DATE: <u>February 14, 2017 @ 11:30 AM - 11:32 AM</u> |

PRESENT:     The Honorable     <u>Carl W. Hoffman</u> , U.S. Magistrate Judge.

DEPUTY CLERK:           <u>Araceli Bareng</u>           REPORTER:    <u>Bonnie Terry</u>

UNITED STATES ATTORNEY:   <u>Jared Grimmer</u>    COURTROOM:   <u>3C</u>

A roll call of the Grand Jury is taken with **21** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrants issue where indicated.

| | | |
|---|---|---|
| 2:17-cr-049 | **1 SEALED DEFENDANT** | WARRANT |
| 2:17-cr-050 | **MICHAEL TERRELL BEALLE** | WARRANT |
| 2:17-cr-051 | **GLEN DESHON GREEN** | FEDERAL CUSTODY LOCAL |

**IT IS ORDERED** that the Initial Appearance/Arraignment & Plea as to : **2:17-cr-051** will be held on **Tuesday, February 21, 2017 @ 3:00 PM** before **MAGISTRATE JUDGE GEORGE W. FOLEY in Courtroom 3A**.

The Arraignment and Plea as to remaining cases will be held at the time of the Initial Appearance.

                                        LANCE S. WILSON, Clerk
                                        United States District Court


                                        /S/ Araceli Bareng
                                        _____
                                        Deputy Clerk