

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
CHRISTOPHER BURTON
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-5087
Christopher.Burton4@usdoj.gov

Attorney for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00049-JCM-PAL |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| GEORGE ASHBROOK, | |
| Defendant. | |

The United States of America, by and through the undersigned Assistant United States Attorney, hereby notifies the Court that Christopher Burton, Assistant United States Attorney has been assigned as counsel in the above captioned case.

Dated this the 8th day of March, 2017.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney