UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,        )
                                 )
Plaintiff,                       )
                                 )   Case #: 2:17-CR-49-JCM-PAL
vs.                              )
                                 )   DESIGNATION OF RETAINED COUNSEL
George Ashbrook Ashbrook         )   AND APPEARANCE PRAECIPE
                                 )
Defendant.                       )
_____  )

The undersigned defendant hereby appoints __Robert Purdy__ to appear generally for him/her as his/her attorney and counsel at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED: __3/30/17__

__[signature]__
Defendant's signature

## APPEARANCE PRAECIPE

I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then ONLY when consent of the defendant has been obtained and filed with the Clerk.

I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED: __3/30/17__

__Robert Purdy__
Attorney's signature

__633 South 7th St.__
Attorney's address

__Las Vegas, NV 89101__

__702-382-2800__
Attorney's phone number

Revised 6/15/09