UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,　　)
　　　　　　　　　　　　　　　　)
Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　)   Case # 2:17-CR-0049 JCM-PAL
vs.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)   DESIGNATION OF RETAINED COUNSEL
George Ashbrooke　　　　　　　)   AND APPEARANCE PRAECIPE
　　　　　　　　　　　　　　　　)
Defendant.　　　　　　　　　　)

　　　The undersigned defendant hereby appoints Lisa Rasmussen /local counsel to appear generally for him/her as his/her attorney and counselor at law throughout all proceedings in this case unless this appointment be sooner revoked.

DATED: 4-25-17

_____
Defendant's signature

## APPEARANCE PRAECIPE

　　　I hereby accept the foregoing appointment and request the Clerk to enter my appearance as attorney for the defendant, in response to the foregoing designation.

　　　I personally will appear at all proceedings in this case. I understand that no other attorney may appear in my place unless prior permission is granted by the Court, and then ONLY when consent of the defendant has been obtained and filed with the Clerk.

　　　I further state that I realize it is my responsibility to keep the defendant advised as to all proceedings in this case and to inform him/her when to appear in Court, and also to notify the Clerk of any change in my address or telephone number.

DATED: 4/17/17

Lisa J. Rasmussen
Attorney's signature

601 S. Tenth Street, ST 100
Attorney's address

Las Vegas, NV 89135

702-471-1436
Attorney's phone number

Revised 6/15/09