LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
LAW OFFICE OF LISA RASMUSSEN
601 South Tenth Street, Suite 100
Las Vegas, NV 89101
Tel. (702) 471-1436
Fax. (702) 489-6619
Email: Lisa@LRasmussenLaw.com

ELIAS DAMIANAKOS
Pro Hac Vice Pending
DAMIANAKOS LAW FIRM, PLLC
177 N. church Avenue, Suite 605
Tucson, AZ 85701
Tel. (520) 222-8270
Email: elias@damianakoslaw.com

Attorneys for George Ashbrook

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-CR-0049 JCM-PAL-1 |
| Plaintiff, | MOTION FOR SUBSTITUTION OF COUNSEL and ORDER |
| vs. | |
| GEORGE ASHBROOK, | |
| Defendant | |

George Ashbrook, by and through his local counsel, Lisa A. Rasmussen, and his primary designated counsel, Elias Damianakos, hereby respectfully moves this Court for an order permitting his substitution of counsel.

This Motion is made and based upon the consents attached hereto, the Designations of Retained Counsel filed Concurrently in this Case, and the

Verified Petition for Permission to Practice in this Case filed by Elias Damianakos.

Mr. Ashbrook further states that he consents to the substitution of counsel thereby substituting his current counsel, Robert Purdy of the Law Office of Andrew Leavitt, with local counsel Lisa Rasmussen and primary counsel Elias Damianakos, whose pro hac vice petition has been properly filed with this Court.

Robert Purdy acknowledges the substitution of counsel executed herein and understands that upon the signature of the court, he will be relieved as counsel in this matter.

Lisa Rasmussen accepts responsibility as local counsel for this case.

Elias Damianakos accepts responsibility as primary counsel for this case an agrees to abide by and comply with all local rules.

Dated:                    LAW OFFICE OF LISA RASMUSSEN,

/s/ Lisa A. Rasmussen

LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
601 South Tenth Street, Suite 100
Las Vegas, NV 89101

DAMIANAKOS LAW FIRM, PLLC

ELIAS DAMIANAKOS, ESQ.
Pro Hac Vice Pending

LAW OFFICE OF ANDREW LEAVITT

/s/ Robert F. Purdy
ROBERT F. PURDY, ESQ.

GEORGE ASHBROOK

MOTION FOR SUBSTITUTION OF COUNSEL and ORDER - 2

## ORDER

Upon the Motion of the Defendant and his proposed incoming counsel, there being no opposition or basis for denial of said Motion, the MOTION TO SUBSTITUTE COUNSEL is GRANTED.

Dated: _____

_____