UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>     v.<br><br>GEORGE ASHBROOK,<br><br>                                        Defendant. | Case No. 2:17-cr-00049-JCM-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 15) |

This matter is before the court on Defendant George Ashbrook's Motion for Substitution of Attorney (ECF No. 15) filed May 1, 2017.  Elias Damianakos, whose pro hac vice applications was granted May 1, 2017 (ECF No 14), seeks leave to be substituted for Robert F. Purdy, with Lisa A. Rasmussen continuing to act as local counsel. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order."  LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Trial is set for June 5, 2017, and the deadline for filing pretrial motions expired April 29, 2017.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED** that:

1.  The Motion for Substitution of Attorney (ECF No. 15) is **APPROVED**.

2.  Elias Damianakos is substituted in the place of Robert F. Purdy, with Lisa Rasmussen acting as local counsel, for Defendant George Ashbrook, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 4th day of May, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1