STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00049-JCM-PAL |
| Plaintiff, | GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(A) |
| vs. | |
| GEORGE ASHBROOK, | |
| Defendant. | |

The United States of America, by and through the undersigned attorney, respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the above-captioned case against defendant GEORGE ASHBROOK.

Defendant has provided the Government with proof that his civil rights have been restored in both of his prior felony cases. Based on this information and the Government's independent investigation, it cannot continue the instant prosecution against Defendant.

1    Accordingly, the United States respectfully requests that the instant case (2:17-cr-
2 00049-JCM-PAL) against Defendant George Ashbrook be dismissed and the case against the
3 same be closed.
4 DATED: July 18, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

　　　//s//
CHRISTOPHER BURTON
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the United States Attorney's Office. A copy of the foregoing **Government's Motion to Dismiss Criminal Indictment Pursuant to Federal Rule of Criminal Procedure 48(A)** was served upon counsel of record, via Electronic Case Filing (ECF).

**DATED** this 18th day of July, 2017.

/ s / Christopher Burton
_____
CHRISTOPHER BURTON
Assistant United States Attorney