# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-49 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| GEORGE ASHBROOK, | |
| Defendant(s). | |

Presently before the court is the matter of *United States of America v. Ashbrook*, case number 2:17-cr-00049-JCM-PAL.

The government filed a motion to dismiss criminal indictment pursuant to Federal Rule of Criminal Procedure 48(a). (ECF No. 21). Defendant George Ashbrook has filed a non-opposition response. (ECF No. 22).

The government states that defendant has provided proof that his civil rights have been restored in both of his prior felony cases, thereby precluding the continuance of the instant prosecution. (ECF No. 21). The government therefore requests that the instant case be dismissed and closed. (ECF No. 21).

Accordingly,

IT IS HEREBY ORDERED that the government's motion to dismiss criminal indictment pursuant to Federal Rule of Criminal Procedure 48(a) (ECF No. 21) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the criminal indictment against defendant be, and the same hereby is, DISMISSED.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that the instant case of *United States of America v. Ashbrook*, case number 2:17-cr-00049-JCM-PAL, shall be CLOSED.

DATED July 31, 2017.

```
                                        _____
                                        UNITED STATES DISTRICT JUDGE
```

**James C. Mahan**
**U.S. District Judge**