# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-CR-49 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| GEORGE ASHBROOK, | |
| Defendant(s). | |

Presently before the court is defendant George Ashbrook's motion for the return of his passport to him from pretrial services. (ECF No. 24). The United States notified the court that it has no opposition to this motion. (ECF No. 25).

Accordingly,

IT IS HEREBY ORDERED that defendant's motion for the return of property (ECF No. 24) is GRANTED.

IT IS FURTHER ORDERED that U.S. Pretrial Services must return to George Ashbrook his passport.

DATED August 17, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**